**Dismiss and Opinion Filed January 30, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01458-CR

### CHARLES WEYMAN COOPER II, APPELLANT

### V.

### THE STATE OF TEXAS, APPELLEE

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 27747**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
121458F.U05